NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**TODD O'BRYAN,**

*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**

*Defendant-Appellee.*

2010-5129

Appeal from the United States Court of Federal Claims in No. 08-CV-664, Senior Judge John P. Wiese.

**JUDGMENT**

TERRY L. PECHOTA, Pechota Law Office, of Rapid City, South Dakota, argued for plaintiff-appellant.

JEFFREY D. KLINGMAN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and DEBORAH A. BYNUM, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| April 12, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |